IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BAYWARD STONE,

    Plaintiff,

v.                                              No. 2:20-cv-00798-KWR-KK

THE GEO GROUP, INC., *et al,*

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 22**) filed **May 26, 2022**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that that all federal claims in Plaintiff's Amended Complaint for Violation of Civil Rights (**Doc. 20**) filed **September 27, 2021** are **DISMISSED WITH PREJUDICE**; and the state law negligence claim set forth in that Complaint (**Doc. 20**) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**